IN THE UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

MACK AUTHER FOREMAN~JR

A.I.S.# 200291

PLAINTIFF

V.

LEIGH GWATHNEY

CIVIL ACTION NO: 2:21-CV-115-WKW-CSC

DEFENDANT

DWAYNE SPURLOCK

CIVIL ACTION NO: 2:21-CV-116-WKW-

-CSC

DEFENDANT

CLIFF WALKER

CIVIL ACTION NO: 2:21-CV-117-WKW-CSC

DEFENDANT

CHARLES GRADDICK

CIVIL ACTION NO: 2:21-CV-118-WKW-CSC

DEFENDANT

2021 APR 28  A  9: 41

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

RECEIVED

MOTION OF THE PLAINTIFF FOR THE
PAROLE BOARD MEMEBER'S RETALIATORY
AGAINST MACK AUTHER FOREMAN-JR-FOR
FILEING A CIVIL ACTION LAW SUIT
~~PLAINTIFF~~ AGAINST THE PAROLEBOARD

NOW COURT OF THE MIDDLE DISTRICT
THE PAROLEBOARD RETALIATORY ON ME
BECAUSE THEY TOOK MY PAROLE DATE IN THE
MONTH OF ~~████~~ DECEMBER AND AIN'T
GIVE ME ANOTHER PAROLE DATE AND LET
ME GO OUT OF THIS PRISON I THE
DONE 23-YEARS WITH MY THEFT OF OKAY
PROPERTY ENVELOP STUB.
OKAY.                    1

OKAY THE FOUR

200291-C DORM
ONE BAY - BED - 5 - A.
STATON, CORR, FACILITY,
2690 MARION SPILLWAY - RD.
ELMORE, ALABAMA.
36025



Montgomery P&DC 360
TUE 27 APR 2021 PM



"THIS CORRESPONDENCE IS FORWARDED
FROM AN ALABAMA STATE PRISON. THE CONTENTS
HAVE NOT BEEN EVALUATED, AND THE ALABAMA
DEPARTMENT OF CORRECTIONS IS NOT RESPONSIBLE
FOR THE SUBSTANCE OR CONTENT OF THE ENCLOSED
COMMUNICATION."

UNITED STATES DISTRICT COURT,
MIDDLE DISTRICT OF ALABAMA,
ONE CHURCH STREET, SUITE
— SUITE —B— 110
MONTGOMERY, ALABAMA.
36103 - 4018