IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MACK AUTHER FOREMAN, JR., #200291, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LEIGH GWATHNEY, )<br>)<br>Defendant. ) | CASE NO. 2:21-CV-115-WKW-CSC<br>[WO] |
| MACK AUTHER FOREMAN, JR., #200291, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DWAYNE SPURLOCK, )<br>)<br>Defendant. ) | CASE NO. 2:21-CV-116-WKW-CSC<br>[WO] |
| MACK AUTHER FOREMAN, JR., #200291, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CLIFF WALKER, )<br>)<br>Defendant. ) | CASE NO. 2:21-CV-117-WKW-CSC<br>[WO] |

| | |
|---|---|
| MACK AUTHER FOREMAN, JR., #200291, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) | CASE NO. 2:21-CV-118-WKW-CSC [WO] |
| CHARLES GRADDICK, | ) ) ) |
| Defendant. | ) |

## ORDER

On July 16, 2021, the Magistrate Judge filed a Recommendation (Doc. # 21) to which no timely objections have been filed. Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED as follows:

1. The Magistrate Judge's Recommendation (Doc. # 21) is ADOPTED.

2. These cases are DISMISSED without prejudice for Plaintiff's failures to comply with the orders of the court and to prosecute these actions.

A final judgment will be entered separately.

DONE this 11th day of August, 2021.

           /s/   W. Keith Watkins
      UNITED STATES DISTRICT JUDGE