## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| MACK AUTHER FOREMAN, JR., #200291, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CASE NO. 2:21-CV-115-WKW-CSC [WO] |
| LEIGH GWATHNEY, | ) ) ) | |
| Defendant. | ) | |
| MACK AUTHER FOREMAN, JR., #200291, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | CASE NO. 2:21-CV-116-WKW-CSC [WO] |
| DWAYNE SPURLOCK, | ) ) ) | |
| Defendant. | ) | |
| MACK AUTHER FOREMAN, JR., #200291, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | CASE NO. 2:21-CV-117-WKW-CSC [WO] |
| CLIFF WALKER, | ) ) ) | |
| Defendant. | ) | |

| | |
|---|---|
| MACK AUTHER FOREMAN, JR., #200291, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | CASE NO. 2:21-CV-118-WKW-CSC [WO] |
| CHARLES GRADDICK, ) ) | |
| Defendant. ) | |

# FINAL JUDGEMENT

In accordance with the order entered on this date, it is the ORDER, JUDGEMENT, and DECREE of the court that these actions are DISMISSED without prejudice.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a Final Judgement pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 11th day of August, 2021.

    /s/   W. Keith Watkins
UNITED STATES DISTRICT JUDGE

2