IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MACK AUTHER FOREMAN, JR., #200291,<br><br>    Plaintiff,<br><br>v.<br><br>LEIGH GWATHNEY,<br><br>    Defendant. | CASE NO. 2:21-CV-115-WKW<br>[WO] |
| MACK AUTHER FOREMAN, JR., #200291,<br><br>    Plaintiff,<br><br>v.<br><br>DWAYNE SPURLOCK,<br><br>    Defendant. | CASE NO. 2:21-CV-116-WKW<br>[WO] |
| MACK AUTHER FOREMAN, JR., #200291,<br><br>    Plaintiff,<br><br>v.<br><br>CLIFF WALKER,<br><br>    Defendant. | CASE NO. 2:21-CV-117-WKW<br>[WO] |

| | |
|---|---|
| MACK AUTHER FOREMAN, JR., #200291, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHARLES GRADDICK, )<br>)<br>Defendant. ) | CASE NO. 2:21-CV-118-WKW<br>[WO] |

## **ORDER**

Before the court is Plaintiff's filing (Doc. # 31), which is construed as a motion to compel the production of an affidavit. In a prior order, the court has explained why it is impossible to grant this relief. (Doc. # 30.)

It is ORDERED that Plaintiff's motion (Doc. # 31) is DENIED for the reasons stated in the prior order (Doc. # 30); the Clerk of the Court is DIRECTED to provide a copy of the prior order (Doc. # 30) to Plaintiff.

Plaintiff is cautioned that if he continues make filings in these cases requesting information from his warden, his actions will be subject to sanctions. These sanctions may include a monetary fine taken from his inmate account and/or direction to the Clerk of the Court to reject filings under these case numbers.

DONE this 9th day of May, 2022.

                                         /s/   W. Keith Watkins
                              UNITED STATES DISTRICT JUDGE